Bryan Benard (Bar No. 192630)
Camila V. Moreno (Bar No. 317549)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
bbenard@hollandhart.com
cvmoreno@hollandhart.com

*Attorneys for Defendant Alpha Dyno Nobel*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB STECK, individually, and on behalf of similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>ALPHA DYNO NOBEL, and DYNO NOBEL, INC.<br><br>Defendants. | Case No: 2:23-cv-00614-TLN-KJN<br><br>**ORDER STAYING CASE** |

Upon review of the parties' Stipulated Motion to Stay, and for good cause appearing, the Court hereby GRANTS the Motion and stays this matter through and including January 31, 2024. IT IS FURTHER ORDERED that on or before expiration of this stay, the parties shall submit a joint status report with and update regarding the parties' settlement efforts and intent to proceed.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
Troy L. Nunley
United States District Judge