JOSHUA H. WATSON, SBN 238058
**CLAYEO C. ARNOLD, PC**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs
*JACOB STECK, individually,*
*and on behalf of similarly situated employees*

Bryan Benard (Bar No. 192630)
Camila V. Moreno (Bar No. 317549)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
bbenard@hollandhart.com
cvmoreno@hollandhart.com

*Attorneys for Defendants Alpha Dyno Nobel*
*and Dyno Nobel, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB STECK, *individually,*<br>And on behalf of similarly situated employees,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALPHA DYNO NOBEL, and DYNO NOBEL, INC.,<br><br>    DEFENDANTS. | Case No.:  2:23-cv-00614-TLN-KJN<br><br>ORDER ON STIPULATED REQUEST TO CONTINUE TRIAL READINESS DEADLINE |

1

**ORDER ON STIPULATED REQUEST TO CONTINUE TRIAL READINESS**
**DEADLINE**

GOOD CAUSE APPEARING, IT IS SO ORDERED:

    The deadline for the parties to file a Joint Notice of Trial Readiness is extended to September 3, 2025.

Dated: August 5, 2025

_____
Troy L. Nunley
Chief United States District Judge