JOSHUA H. WATSON, SBN 238058
**CLAYEO C. ARNOLD, PC**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs
*JACOB STECK, individually,*
*and on behalf of similarly situated employees*

Bryan Benard (Bar No. 192630)
Camila V. Moreno (Bar No. 317549)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
bbenard@hollandhart.com
cvmoreno@hollandhart.com

*Attorneys for Defendants Alpha Dyno Nobel*
*and Dyno Nobel, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB STECK, *individually,*<br>And on behalf of similarly situated employees,<br><br>     PLAINTIFFS,<br><br>vs.<br><br>ALPHA DYNO NOBEL, and DYNO NOBEL, INC.,<br><br>     DEFENDANTS. | Case No.: 2:23-cv-00614-TLN-CSK<br><br>ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER |

1

**ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED:

The parties' stipulated request to amend the scheduling order in this matter is GRANTED as follows:

1. The parties may engage in further non-expert and expert discovery until January 30, 2026.
2. Any expert disclosures shall be made no later than December 5, 2025, with any rebuttal disclosures made by December 19, 2025.
3. The parties shall engage in a formal ADR session by February 16, 2026 if they have not reached a proposed settlement and so-notified the Court by that time.
4. Absent a settlement, the parties may file any class administration or dispositive motions only on or before March 31, 2026.
5. If the parties have not filed a preliminary motion to approve settlement, a class administration motion, or a dispositive motion by March 31, 2026, then they shall file a joint trial readiness statement by April 14, 2026.
6. The parties shall note request further extension absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: October 24, 2025

_____
Troy L. Nunley
Chief United States District Judge

**ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER**