

United States District Court
Eastern District of California

| Jacob Steck | Case Number: | 2:23-cv-00614-TLN-CSK |

Plaintiff(s)

V.

| Alpha Dyno Nobel, et al. | APPLICATION FOR PRO HAC VICE AND PRDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jordan L. Chaikin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Jacob Steck

On _____ 10/14/2004 _____ (date), I was admitted to practice and presently in good standing in the State of Florida _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____ 03/06/2026 _____    Signature of Applicant: /s/ Jordan L. Chaikin

**Pro Hac Vice Attorney**

Applicant's Name: Jordan L. Chaikin

Law Firm Name: Chaikin Law Firm PLLC

Address: 2338 Immokalee Road

#170

City: Naples    State: FL    Zip: 34110

Phone Number w/Area Code: (239) 470-8338

City and State of Residence: Naples, Florida

Primary E-mail Address: jordan@chaikinlawfirm.com

Secondary E-mail Address: jordan@justice4you.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Glenn M. Kenna

Law Firm Name: Clayeo C. Arnold, PC

Address: 865 Howe Avenue

City: Sacramento    State: CA    Zip: 95825

Phone Number w/Area Code: (916) 777-7777    Bar # 305092

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 9, 2026

_____
JUDGE, U.S. DISTRICT COURT